UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10617-RWZ

ANGEL RIVERA

v.

THOMAS DICKHAUT

<u>MEMORANDUM AND ORDER</u>

August 11, 2010

ZOBEL, D.J.

On April 12, 2010, petitioner Angel Rivera ("Rivera") filed the instant habeas petition. On April 14, 2010, this Court directed him to pay the $5.00 filing fee or file an application for a waiver thereof, demonstrating that he lacked funds to pay the fee.

On May 7, 2010, Rivera filed a motion to proceed *in forma pauperis* along with his prison account statement. On May 11, 2010, this Court denied Rivera's *in forma pauperis* motion and directed him to pay the $5.00 filing fee or show good cause why he was unable to pay the fee. <u>See</u> Order (Docket No. 7).

In the meantime, the petition was served. On June 24, 2010, the respondent filed a Motion to Dismiss (Docket No. 11). That same day, this Court issued an Order (Docket No. 15) warning Rivera that unless he paid the $5.00 filing fee or demonstrated good cause why was unable to do so, this action would be dismissed without prejudice notwithstanding the petition had been served.

To date, Rivera has failed to pay the filing fee or demonstrate good cause why he

is unable to pay the filing fee.

Because this is not the first opportunity afforded Rivera to satisfy the filing fee requirements, and because he has failed to pay the fee or show good cause as directed by this Court, this action is hereby DISMISSED without prejudice for failure to comply with the directives of the Court.  Respondent's Motion to Dismiss (Docket No. 11) is hereby DENIED without prejudice as moot in view of this Memorandum and Order for dismissal.

A separate Order for Dismissal shall enter.


SO ORDERED.

                                          /s/ Rya W. Zobel
                                          RYA W. ZOBEL
                                          UNITED STATES DISTRICT JUDGE